Alan Harris (SBN 146079)
Jonathan Ricasa (SBN 223550)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Tel: 323.931.3777
Fax: 323.931.3366

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN WINGATE, and JOHN MICHAEL RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PRODUCTION FARM, LLC, a New York Limited Liability Company, and Doe 1 through and including Doe 10,<br><br>Defendants. | Case No: CV 07-04294 DDP (RZx)<br><br>**JUDGMENT ON ORDER OF FINAL APPROVAL OF SETTLEMENT AGREEMENT AND RELEASE AND DISMISSING ACTION**<br><br>Hon. Dean D. Pregerson |

Proceedings regarding the Settlement Agreement and Release ("Settlement") in the above-referenced action have been regularly conducted before this Court, the Honorable Dean D. Pregerson, presiding. The Court, *inter alia,* fully considered Plaintiff's Motion filed September 29, 2008 for Conditional Certification of Settlement Class, Preliminary Approval of Class Action Settlement, and Appointment of Claims Administrator, including the [Proposed] Order of Preliminary Approval of Settlement, Certification of Settlement Class and Appointment of Class Counsel, [Proposed] Notice of Pendency of

Proposed Settlement of Class Action and Hearing Date for Court Approval, [Proposed] Claim Form, [Proposed] Request for Exclusion, and, on November 4, 2008, granted preliminary approval of the Settlement, conditionally certified the settlement class and appointed the firm of Harris & Ruble, and Alan Harris, Jonathan Ricasa, and David Zelenski of that firm as counsel for the settlement class.  Further, after determining that the proposed Notice of Pendency of Proposed Settlement of Class Action and Hearing Date for Court Approval and Claim Form met all constitutional and statutory requirements, including due process, the Court ordered that said notice and claim form be mailed in a manner in accordance with all constitutional and statutory requirements, including due process, and in accordance with the Court's Order granting preliminary approval of the Settlement.  Said notice was mailed to all Class Members on or about November 21, 2008, and the Court received no objections to the proposed Settlement.  Subsequently, and in accordance with the Court's Order of Preliminary Approval of Settlement, Certification of Settlement Class and Appointment of Class Counsel, the Court conducted a further hearing on April 13, 2009, for the purpose of considering the properly noticed Motion for Final Approval of Class Settlement and the Motion of Plaintiffs for the award of attorneys' fees, expenses and costs.  After fully considering all supporting papers, evidence, and arguments, and there being no objections filed or raised at the hearing, and having reviewed the settlement administrator's declaration concerning the giving of the Notice of Pendency of Proposed Settlement of Class Action and Hearing Date for Court Approval in accordance with the Court's Order, and having fully and carefully considered said matters, good cause appearing, the Court issued its Order of Final Approval of Settlement and Dismissing Action finding said Settlement to be fair, adequate, and reasonable;

DATED:  April 22, 2009

_____
The Honorable Dean D. Pregerson
United States District Judge